# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States of America | ) | |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | Case No.   20 Cr. 320 (PAE) |
| William Sadleir | ) | |
| Defendant | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

William Sadleir.

Date:  06/30/2020

/s/ Matthew L. Schwartz
*Attorney's signature*

Matthew L. Schwartz
*Printed name and bar number*

Boies Schiller Flexner LLP
55 Hudson Yards
New York, New York 10001
*Address*

mlschwartz@bsfllp.com
*E-mail address*

(212) 303-3646
*Telephone number*

(212) 446-2350
*FAX number*

Print     Save As...     Reset