

MATTHEW L. SCHWARTZ
Tel.:  (212) 303-3646
E-mail:  mlschwartz@bsfllp.com

July 1, 2020

**BY ECF**

Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square, Courtroom 1305
New York, New York 10007

      **Re:**   *United States v. William Sadleir*, No. 20 Cr. 320 (PAE)

Dear Judge Engelmayer:

      I represent the defendant, and write with the consent of the government to respectfully request that the Court so-order the existing terms of the defendant's release.

      The defendant was first presented in this district on June 16. 2020, before Magistrate Judge Cott, after having been initially presented and bailed in California.[1]  At the June 16th presentment, Judge Cott adopted an agreed-upon bail package consisting of a $5 million unsecured bond with four-cosigners, regular pretrial supervision, travel restrictions to the Southern and Eastern Districts of New York and the Central District of California, surrender of travel documents with no new applications, and other standard conditions of release.  The bond was to be signed by today.

      For reasons that are unclear, the Magistrate Judge's order was never docketed, and no bond was ever drawn up.  In order to provide the clerk's office with the necessary order supporting the other paperwork, the parties respectfully request that the Court so-order the conditions above, and further request that Mr. Sadleir be given an additional week, until July 16, 2020, to satisfy the conditions.

      Thank you for your consideration of this request.

Respectfully,

/s/ Matthew L. Schwartz
Matthew L. Schwartz
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, New York 10001

Since receipt of this letter the bail disposition sheet has been filed (Dkt. No. 10). The Clerk of Court is requested to terminate the motion at Dkt. No. 9.

SO ORDERED.     7/10/2020

    *Paul A. Engelmayer*
    PAUL A. ENGELMAYER
    United States District Judge

---

[1]    Mr. Sadleir was initially ordered released on a $100,000 bond, which was to be co-signed by his wife and fully secured by cash, and subject to home confinement.

BOIES SCHILLER FLEXNER LLP
55 Hudson Yards, New York, NY 10001 | (t) 212.446.2300 | (f) 212.446.2350 | www.bsfllp.com