UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

UNITED STATES OF AMERICA        :

              -v.-                               :

WILLIAM SADLEIR,                :

           Defendant.           :

------------------------------------ x

POST-INDICTMENT
RESTRAINING ORDER

20-CR-320 (PAE)

      Upon the application of AUDREY STRAUSS, Acting United States Attorney for the Southern District of New York, pursuant to Title 18, United States Code, Section 981 and Title 21, United States Code, Section 853, the Declaration of Assistant United States Attorney Jared Lenow, executed on November 25, 2020, the Affidavit of Special Agent Daniel Mardakhayev, executed on November 25, 2020, and all papers submitted in support thereof,

      **IT IS HEREBY ORDERED** that WILLIAM SADLEIR, the defendant, and all attorneys, agents, and employees, and anyone acting on his behalf, and all persons or entities in active concert or participation with any of the above, including but not limited to Temerity Trust Management, LLC ("Temerity Trust"), and all persons or entities having actual knowledge of this Order, shall not take any action prohibited by this Order;

      **IT IS FURTHER ORDERED** that WILLIAM SADLEIR, the defendant, and all attorneys, agents, and employees, and anyone acting on their behalf, and all persons or entities in active concert or participation with any of the above, including but not limited to Temerity Trust, and all persons or entities having actual knowledge of this Order, shall not, directly or indirectly, transfer, sell, assign, pledge, hypothecate, encumber, or dispose of in any manner; cause to be transferred,

sold, assigned, pledged, hypothecated, encumbered, disposed of in any manner; or take, or cause to be taken, any action that would have the effect of depreciating, damaging, or in any way diminishing the value of property or other interests belonging to, or owed to, or controlled in whole or in part by the defendant, which property or other interests are subject to forfeiture.   The property and other interests hereby restrained include, but are not limited to, the following:

    a.    9135 Hazen Drive in the City of Los Angeles, California 90210, Assessor's Parcel Number 4388020009

which allegedly constitutes proceeds traceable to wire fraud pursuant to Title 18, United States Code, Section 981(a)(1)(C) and in violation of Title 18, United States Code, Section 1343.

**IT IS FURTHER ORDERED** that the United States Attorney's Office for the Southern District of New York, in its discretion, is authorized to direct the release of assets restrained herein; and

Any person or entity claiming an interest in the assets listed in this Order may contact the following Assistant United States Attorney to clarify the scope of the Order:   Assistant United States Attorney Jared Lenow, Telephone Number (212) 637-1068.   Those persons or entities will not be deemed in violation of this Order for any transactions undertaken upon oral approval made by Assistant United States Attorney Jared Lenow.

**IT IS FURTHER ORDERED** that this Restraining Order shall be binding upon the defendant, his attorneys, agents, and employees, and all persons in active concert or participation with any of the above, including but not limited to Temerity Trust, or any other person having actual knowledge of this Order, and that this Order shall remain in effect until further order of this Court; and

**IT IS FURTHER ORDERED** that the affidavits submitted in support of this Restraining Order shall be filed under seal for a period of six months from the date of this order, at which time the United States may apply to the Court to maintain such sealing.

**IT IS FURTHER ORDERED** that service of a copy of this Order shall be made on the defendant's attorney via the Court's ECF docketing system, and by regular mail.

Dated:   New York, New York
             November 25  , 2020

SO ORDERED:

*Paul A. Engelmayer*
HONORABLE PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE