

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 15, 2021

**BY ECF AND EMAIL**
The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007
EngelmayerNYSDChambers@nysd.uscourts.gov

  Re: *United States* v. *William Sadleir*, 20 Cr. 320 (PAE)

Dear Judge Engelmayer:

  The Government writes concerning the defendant's motion to suppress the fruits of search warrants (the "Warrants") for an Apple iCloud account associated with the email address wsadleir@avironpictures.com and a Google account associated with the email address groupmms212@gmail.com. *See* Dkt. 32. The Government respectfully disagrees with the defendant's arguments, and submits that the affidavit provided in support of the Warrants established probable cause for them. Also, the defendant has failed to establish standing for his motion. *See, e.g., United States* v. *Montoya-Eschevarria*, 892 F. Supp. 104, 106 (S.D.N.Y. 1995) ("The law is clear that the burden on the defendant to establish standing is met only by sworn evidence, in the form of affidavit or testimony, from the defendant or someone with personal knowledge. The defendant's unsworn assertion of the Government's representations does not meet this burden."). However, based on the Government's review of the materials provided by Google and Apple, the Government does not intend to introduce the fruits of the Warrants at trial in this case. As a result, the defendant's motion to suppress is moot.

           Respectfully submitted,

           AUDREY STRAUSS
           United States Attorney

         by:   /s/
           Jared Lenow
           Assistant United States Attorney
           (212) 637-1068

cc: Matthew L. Schwartz (via email)