

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 8, 2021

**BY ECF AND EMAIL**
The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007
EngelmayerNYSDChambers@nysd.uscourts.gov

Re:   *United States* v. *William Sadleir*, 20 Cr. 320 (PAE)

Dear Judge Engelmayer:

The next telephone status conference in this matter is scheduled for August 10, 2021 at 12:00 pm.  The parties have conferred, and in light of the resolution of the defendant's pretrial motions do not have any matters to raise with the Court at this time.  As a result, the parties respectfully request that the Court adjourn the status conference to November 8, 2021, which is approximately 10 weeks before the January 24, 2022 trial date in this case.  The Government understands that the defendant's pending federal case in the Central District of California is now scheduled for trial on November 30, 2021.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

by: _____/s/_____
Jared Lenow
Assistant United States Attorney
(212) 637-1068

cc:  Matthew L. Schwartz (via email)