UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

        - v. -

WILLIAM SADLEIR,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**ECF CASE**

**NOTICE OF APPEARANCE AND
REQUEST FOR ELECTRONIC
NOTIFICATION**

**20 Cr. 320 (PAE)**

TO:    Clerk of Court
        United States District Court
        Southern District of New York

      The undersigned attorney respectfully requests the Clerk to note her appearance in the

above-captioned case and to add her as a Filing User to whom Notices of Electronic Filing will be

transmitted in this case.

                        Respectfully submitted,

                        DAMIAN WILLIAMS
                        United States Attorney for the
                        Southern District of New York

                    By: /s/ Elizabeth Hanft
                        Elizabeth Hanft
                        Assistant United States Attorney
                        (212) 637-2334