UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

WILLIAM SADLEIR,

Defendant.

20-CR-320 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

For the reasons stated on the record of today's telephonic conference, the Court excluded time until the January 24, 2022 trial date in this case, pursuant to 18 U.S.C. § 3161(h)(7)(A). The Court also authorized defense counsel to make an *ex parte* written submission, due Wednesday, November 17, 2021, in support of adjourning that date. The Court also directed counsel, by Friday, November 19, 2021, to jointly submit a proposed schedule governing the timing of (1) the disclosure of 3500 material and exhibits; (2) the filing of pretrial motions *in limine* and responses; and (3) the filing of proposed voir dire and requests to charge.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: November 12, 2021
       New York, New York