UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

WILLIAM SADLIER,

Defendant.

20-CR-320 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

This case has been placed on the jury trial list to commence on January 26, 2022, *i.e.*, two days after the long-scheduled trial date. The case must be trial-ready for that date. This case is the first backup on the list for jury trials for that date. This means that although the Court is hopeful that trial will commence on that date, the case will not proceed if the trial scheduled ahead of this one goes forward. If the case cannot proceed on the scheduled date, the Court, in consultation with counsel, will seek another jury trial date for as soon as possible thereafter. As soon as the Court confirms that trial in this matter will proceed on January 26, 2022, it will inform the parties.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: December 2, 2021
         New York, New York