UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>WILLIAM SADLIER,<br><br>Defendant. | 20-CR-320 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court has been notified that the one case that had had priority over this case for a January 26, 2022 trial will not be proceeding to trial. Accordingly, the January 26, 2022 trial date in this case is now certain and firm. The final pretrial conference in this case remains scheduled for **January 19, 2022** at **2:30 p.m.** This conference will be held in person and the defendant's presence, in person, is required.

SO ORDERED.

                                                                                                                                         *Paul A. Engelmayer*
                                                                                                               PAUL A. ENGELMAYER
                                                                                                           United States District Judge

Dated: December 13, 2021
       New York, New York