UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| - v. - | : |
| | 20 Cr. 320 (PAE) |
| WILLIAM SADLEIR, | : |
| Defendant. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## Verdict Form

Please place a checkmark (✓) next to each answer.

**Count One (Wire Fraud – Advertising Scheme)**

_____ Guilty         _____ Not Guilty

**Count Two (Wire Fraud – UCC Scheme)**

_____ Guilty         _____ Not Guilty

**Count Three (Aggravated Identity Theft – UCC Scheme)**

_____ Guilty         _____ Not Guilty


_____          _____
Date                                      Foreperson