UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA
                         Plaintiff,

-against-

WILLIAM SADLEIR
                         Defendant.

20 cr 320 ( PAE )

**ORDER FOR ADMISSION
PRO HAC VICE**

The motion of ____John J. Kucera____, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of ____California and Illinois____; and that his/her contact information is as follows (please print):

Applicant's Name: John J. Kucera
Firm Name: Boies Schiller Flexner LLP
Address: 725 S. Figueroa Street, 31st Floor
City / State / Zip: Los Angeles, CA 90017
Telephone / Fax: (213) 629-9040; Fax (213) 629-9022

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for ____William Sadleir____ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 1/10/2022

                                                                  Paul A. Engelmayer
                                                                   United States District / Judge