UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        -v-<br><br>WILLIAM SADLIER,<br><br>                                    Defendant. | 20-CR-320 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court has received a motion from the defense seeking adjournment of trial. Dkt. 61. The Court directs the Government to respond by Friday, January 14, 2022. The Court does not require a reply.

SO ORDERED.

                                                                       _____
                                                                            PAUL A. ENGELMAYER
                                                                            United States District Judge

Dated: January 11, 2022
        New York, New York