UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

WILLIAM SADLIER,

                          Defendant.

20-CR-320 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On January 6, 2022, the Government submitted its motions *in limine*. The schedule for pretrial submissions provides that any responses to such motions were to be due January 11, 2022. Dkt. 48. No such responses have been submitted to date. The Court directs the defense to submit responses, if any, by today, January 13, 2022.

SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: January 13, 2022
        New York, New York