UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                       -v-<br><br>WILLIAM SADLIER,<br><br>                              Defendant. | 20-CR-320 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court has received a copy of the defendant William Sadlier's opposition to the Government's motion in limine. The Court authorizes the defense to publicly file this memorandum in redacted form and to file the unredacted version under seal.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: January 14, 2022
       New York, New York