UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

WILLIAM SADLEIR,

Defendant.

20-CR-320 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has reviewed the motion by defendant William Sadleir to adjourn his trial date, Dkt. 61, and the Government's opposition, Dkt. 69. Based on the facts presently known, the Court denies the motion for an adjournment. Trial will go forward as scheduled, beginning January 26, 2022. The Court will put its reasons for this determination on the record at the final pretrial conference, scheduled for Wednesday, January 19, 2022, at 2:30pm. The Court's determination is, of course, subject to reconsideration in the event of changed circumstances.

The Court has also reviewed today's letter from defense counsel, reporting personal circumstances that appear to require that one defense counsel participate remotely at the January 19, 2022 final pretrial conference. *See* Dkt. 68 (redacted letter). The Court extends best wishes for a prompt recovery to the affected persons. Although the final pretrial conference will continue to be held in person, the Court authorizes remote participation by phone by any trial participant who is unable to travel or enter the courthouse consistent with the applicable protocols, available at www.nysd.uscourts.gov/covid-19-coronavirus. An order will issue prior to the conference with dial-in information.

SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　　*Paul A. Engelmayer*
　　　　　　　　　　　　　　　　　　　　　　　　PAUL A. ENGELMAYER
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated: January 14, 2022
　　　　　New York, New York