UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

WILLIAM SADLIER,

                    Defendant.

20-CR-320 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The final pretrial conference, currently scheduled for **January 19, 2022** at **2:30 p.m.**, will take place in **Courtroom 318** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY. The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer. The Court expects that counsel and the defendant will attend in person, unless they are unable to travel or to enter the courthouse consistent with applicable COVID protocols. To participate remotely, call 888-363-4749 and use access code 468-4906.

SO ORDERED.

                                                                         PAUL A. ENGELMAYER
                                                                         United States District Judge

Dated: January 18, 2022
       New York, New York