UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

WILLIAM SADLEIR,

Defendant.

---

20-CR-320 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

In light of today's guilty plea by defendant William Sadleir, the Court denies the Government's pending motions *in limine*, Dkt. 56, as moot.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: January 19, 2022
New York, New York