UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

WILLIAM SADLEIR,

Defendant.

20-CR-320 (PAE)

<u>ORDER OF RESTITUTION
PAYMENT TERMS</u>

---

PAUL A. ENGELMAYER, District Judge:

The Court today imposed sentencing in this matter and in doing so incorporated both the following restitution payment terms:

You shall make restitution payments by certified check, bank check, money order, wire transfer, credit card or cash. Checks and money orders shall be made payable to the "SDNY Clerk of the Court" and mailed or hand-delivered to: United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier, as required by 18 U.S.C. § 3611. You shall write your name and the docket number of this case on each check or money order. Credit card payments must be made in person at the Clerk's Office. Any cash payments shall be hand delivered to the Clerk's Office using exact change and shall not be mailed. For payments by wire, you shall contact the Clerk's Office for wiring instructions.

Pursuant to 18 U.S.C. § 3664(f)(2), in consideration of the financial resources and other assets of the defendant, including whether any of these assets are jointly controlled; projected earnings and other income of the defendant; and any financial obligations of the defendant; including obligations to dependents, you shall pay restitution in the manner and according to the schedule that follows:

In the interest of justice, restitution shall be payable in installments pursuant to 18 U.S.C. § 3572(d)(1) and (2).

You shall commence monthly installment payments of the greater of **$500** or in an amount equal to **15 percent** of your gross income, payable on the **15th** of each month, as specified by the Court.

The factors in 18 U.S.C. § 3664(f)(2) were considered in formulating the payment schedule.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: September 9, 2022
New York, New York