UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WILLIAM SADLEIR,<br><br>                        Defendant. | **Order of Restitution**<br><br>**20 Cr. 320 (PAE)** |

Upon the application of the United States of America, by its attorney, Damian Williams, United States Attorney for the Southern District of New York, Jared Lenow and Elizabeth Hanft, Assistant United States Attorneys, of counsel; the presentence report; the Defendant's conviction on Counts One and Two of the above Indictment; and all other proceedings in this case, it is hereby ORDERED that:

**1. Amount of Restitution.** WILLIAM SADLEIR, the Defendant, shall pay restitution in the total amount of $31,597,000 to the victim of the offense charged in Counts One and Two of the Indictment. The name an address of the victim is set forth in the Schedule of Victims attached hereto. Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

**2. Sealing.** Consistent with 18 U.S.C. §§3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of the victim, the Schedule of Victims attached hereto shall be filed under seal, except that copies may be retained and used or disclosed

03.14.2019

by the Government, the Clerk's Office, and the Probation Department, as need be to effect and enforce this Order, without further order of this Court.

Dated: September 9, 2022
      New York, New York

                                           *Paul A. Engelmayer*
                                  HONORABLE PAUL A. ENGELMAYER
                                  UNITED STATES DISTRICT JUDGE

**EXHIBIT A – SEALED SCHEDULE OF VICTIMS**