

MATTHEW L. SCHWARTZ
Tel: (212) 303-3646
Email: mlschwartz@bsfllp.com

November 2, 2022

**BY ECF**

Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square, Courtroom 1305
New York, New York 10007

Re:   *United States v. William Sadleir*, Case No. 20 Cr. 320 (PAE)

Dear Judge Engelmayer:

We represent the defendant and write to respectfully request an adjournment of the time for him to surrender to the custody of the Bureau of Prisons, currently November 09, 2022. Mr. Sadleir was recently sentenced in the Central District of California to a prison term of forty-one months to be served concurrently with the sentence imposed by this Court. Judge Dolly Ghee set his surrender date as February 6, 2023, and we respectfully request that this Court do the same.

We are mindful of the Court's instruction at sentencing that Your Honor would only entertain an adjournment if Mr. Sadleir was not designated to a facility by the time he was set to report—and he has in fact been designated to FCI Talladega. Nonetheless, in addition to the reporting date set by Judge Ghee, we bring to the Court's attention the two attached letters.

The first (Exhibit A) is from Mr. Sadleir's doctor, Dr. Michael Yang, explaining that Mr. Sadleir needs eye surgery that the doctor cannot perform until January 25, 2023. The second (Exhibit B) is from Mr. Sadleir's accountant, Seth Gersten, explaining that the Sadleirs are undergoing an audit of their 2018 tax returns that he expects to be resolved by mid-January. According to Mr. Gersten, the related issues are quite complicated and require the defendant's assistance because of his familiarity with the underlying material.

We have conferred with the Government, which does not object to an adjournment of the November date to accommodate the cataract surgery, provided it occurs as currently scheduled. Thank you for your consideration of this request.

Respectfully,

/s/ *Matthew L. Schwartz*
Matthew L. Schwartz

**GRANTED**, solely on account of the defendant's eye surgery. However, no further adjournments of the defendant's surrender date will be granted. The Clerk of Court is requested to terminate the motion at Dkt. No. 92.

SO ORDERED.          11/2/2022

_____
PAUL A. ENGELMAYER
United States District Judge

BOIES SCHILLER FLEXNER LLP

55 Hudson Yards, New York, NY 10001 | (t) 212.446.2300 | (f) 212.446.2350 | www.bsfllp.com