UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

WILLIAM SADLEIR,

Defendant.

20-CR-320 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court has received a lengthy letter from Hannah Sadleir, the wife of defendant William Sadleir. The Court is filing the letter under seal, while furnishing copies to counsel, because it contains personal and medical information and photographs, including of the Sadleirs' children. Ms. Sadleir's letter appears to request a wholesale revision of the sentence imposed in this case. Ms. Sadleir proposes designating the family home "a branch of the BOP [Bureau of Prisons]," so as to allow Mr. Sadleir to serve his 72-month prison sentence at home. Such, Ms. Sadleir states, would relieve childcare and related burdens that Mr. Sadleir's imminent incarceration will present for Ms. Sadleir.

While the Court recognizes the burdens that a defendant's incarceration present for the defendant's family, this consequence is not unique to this case. It is a familiar one in the criminal justice system. It is a consequence that a defendant should take into account before committing a major felony. And the burdens that will be presented here are assuredly far less than in many, if not most, criminal cases.

In all events, the Court does not have the authority to modify the sentence imposed on Mr. Sadleir. Nor, if it had the authority to modify Mr. Sadleir's sentence, would the Court have

any inclination to do so. The 72-month prison sentence imposed remains the just and reasonable one here, given, *inter alia*, the gravity, duration, greed, and shamelessness of the multi-million frauds committed by Mr. Sadleir.

For avoidance of doubt, Mr. Sadleir's surrender date remains Monday, February 6, 2023. *See* Dkt. 93. This date will not be modified.

SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: February 2, 2023
New York, New York