UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

WILLIAM SADLEIR,

                Defendant.

20-CR-320 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court has received a pro se motion for compassionate release from defendant William Sadleir, pursuant to 18 U.S.C. § 3582(c). Dkt. 96. The Court directs the Government to respond. The Government's response is due **Thursday, September 7, 2023**.

SO ORDERED.

                                            *Paul A. Engelmayer*
                                            PAUL A. ENGELMAYER
                                            United States District Judge

Dated: August 10, 2023
       New York, New York