```
RECEIVED
OCT -3, 2023
S.D.N.Y.
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
UNITED STATES OF AMERICA            :
                                    :
              -v.-                  :     20 Cr.320(PAE)
                                    :
WILLIAM SADLEIR,                    :
                                    :
              Defendant,            :
                                    :
------------------------------------x


## MOTION FOR REDUCTION OF SENTENCE
## Pursuant To 18 U.S.C. § 3582(c)(1)(A)


WILLIAM SADLEIR
Fed. Reg. No.: 79460-112
FCC Lompoc Satellite Camp
3705 West Farm Road
Lompoc, California  93436-2756