```
                                    RECEIVED
                                    OCT - 3 2023
                                    S.D.N.Y.
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
                              :
UNITED STATES OF AMERICA      :
                              :
            -v.-              :        20 Rc.320(PAE)
                              :
WILLIAM SADLEIR,              :
                              :
            Defendant,        :
                              :
------------------------------x

### DEFENDANT'S FIRST MOTION FOR EXTENSION OF TIME AND AFFIDAVIT OF WILLIAM SADLEIR

                              WILLIAM SADLEIR
                              Fed. Reg. No.: 79460-112
                              FCC Lompoc Satellite Camp
                              3705 West Farm Road
                              Lompoc, California 93436-2756

## MOTION FOR EXTENSION OF TIME

Defendant William Sadler, a federal prisoner without counsel moves this Honorable Court on his Motion For Extension Of Time to reply to the government's response which was due September 7, 2023 and has not been received by the Defendant until September 21, 2023.

Defendant requests a 35 day extension to file his reply. It is believed this amount of time will allow Defendant to timely reply.

Since the opposition has not received until September 21, 2023, it is doubtful the government would oppose the extension of time to file his reply.

## CONCLUSION

For these reasons Defendant's motion for extension of time should be granted.

Respectfully submitted,

Dated:

*William L. Sadleir*
William Sadleir,
Defendant.

## AFFIDAVIT OF WILLIAM SADLEIR

I, William Sadleir, hereby affirm and otherwise declare the following in support of Defendant's First Motion for Extension of Time.

1. I am the Defendant in this matter and if called upon to testify would state the following:
2. On September 21, 2023, and through the prison mail system I received the government's answer to my motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(1)(A).
3. The government's motion was due on September 7, 2023, but was not received for 14 days.
4. The time is requested to research and prepare my reply.
5. I ask for an extension of 35 days be granted.
6. I have not notified the government of this request before filing said motion for extension of time.
7. I believe there would be no prejudice to the government in granting the extension of time.

I declare under penalty of perjury and the laws of the United States the foregoing to be true and correct.

Executed this 22nd day of September, 2023.

_____
William Sadleir,
Affiant.

CERTIFICATE OF SERVICE

I, James Graf, am over the age of 18 yeaRS AND I am not a party to this action. I hereby certify that on this 24th day of September, 2023, that I sent the foregoing via first-class postage, prepaid, or other delivery charges prepaid, by depositing said documents herein-listed with prison authorities at the Mail Room of the Lompoc Federal Correctional Complex Satellite Camp, for mailing through the United States Postal Service, mailing copies of the foregoing:

DEFENDANT'S FIRST MOTION FOR EXTENSION OF TIME
AND
AFFIDAVIT OF WILLIAM SADLEIR

to the following individual(s), party(s) and/or entity(s):

United States Attorney's Office
Southern District of New York
One Saint Andrew's Plaza
New York, New York  10007

I certify under the penalty of perjury that the foregoing is true and correct.

_____
James Graf